IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER
ADC #114018

PLAINTIFF

v.　　　　　　　　　　No. 3:19-cv-93-DPM

DOES, Joe and Bob, Jonesboro
Police Officers

DEFENDANTS

## ORDER

1. Webster hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 17 May 2019. If he doesn't, then the Court will dismiss this case without prejudice. LOCAL RULE 5.5(c)(2).

2. The Court directs the Clerk to mail Webster an application to proceed *in forma pauperis*. If the Court grants Webster permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 April 2019