# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GARY LEON WEBSTER**  
**ADC #114018**                                                                 **PLAINTIFF**

v.                              No. 3:19-cv-93-DPM

**DOES, Joe and Bob, Jonesboro**                                   **DEFENDANTS**
**Police Officers**

## ORDER

**1.** The Court of Appeals dismissed Webster's appeal for lack of jurisdiction. № 15. Webster still hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis* in this case in this Court. If he wants to proceed with this lawsuit, then he must do one or the other by 9 August 2019. If he doesn't, then the Court will dismiss this case without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Webster an application to proceed *in forma pauperis*. If the Court grants Webster permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2019