IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER                                                        PLAINTIFF
ADC #114018

v.                          No. 3:19-cv-93-DPM

DOES, Joe and Bob, Jonesboro                                          DEFENDANTS
Police Officers

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2019