IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER                                              PLAINTIFF
ADC #114018

v.                          No. 3:19-cv-93-DPM

DOES, Joe and Bob, Jonesboro                                  DEFENDANTS
Police Officers

## ORDER

Motion for leave to proceed *in forma pauperis* on appeal, № 23, denied. The Court certified that an *in forma pauperis* appeal would not be taken in good faith. № 19; 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 August 2019